UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil File No.: 1:25-cv-151

| | |
|---|---|
| CARLOS OCHOA,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE PREMIER INSURANCE COMPANY OF ILLINOIS, PROGRESSIVE DIRECT AUTO, PROGRESSIVE INSURANCE COMPANY, and PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendants. | **PETITION FOR REMOVAL TO FEDERAL COURT** |

Defendants, Progressive Premier Insurance Company of Illinois, Progressive Direct Auto, Progressive Insurance Company, and Progressive Casualty Insurance Company, ("Defendants"), by and through their undersigned counsel, respectfully petition to remove the above-entitled action from the Superior Court of Cleveland County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. § 1331 and § 1441(b). In support of this Petition for Removal, Defendants state as follows:

COMMENCEMENT OF STATE COURT ACTION

1. On April 10, 2025, Plaintiff, Carlos Ochoa, ("Plaintiff") commenced this action against Defendants by filing Plaintiff's Complaint in the General Court of Justice of Cleveland County, North Carolina, Superior Court Division, entitled *Carlos Ochoa v. Progressive Premier Insurance Company of Illinois, Progressive Direct Auto, Progressive Insurance Company, and Progressive Casualty Insurance Company*; Case No. 25 CVS 680 (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(b), Defendants hereby file this Petition for Removal within 30 days after its receipt, through service or otherwise, of the Summons and Complaint from which it was first ascertained that this case is one which has become removable, and therefore this Notice of Removal has been timely filed.

GROUNDS FOR REMOVAL

3. The State Court Action is removable to this Court under 28 U.S.C. § 1332 based on an amount in controversy greater than $75,000 and complete diversity of citizenship between the parties.

4. The Complaint alleges that "Progressive Premier Insurance Company of Illinois, Progressive Direct Auto, Progressive Insurance Company, and Progressive Casualty Insurance Company […] is [*sic*] a corporation, corporation [*sic*], or holding company organized and existing under and by virtue of the laws of some state unknown to Plaintiff. Defendant is engaged in the insurance business and has its home office in Mayfield Village, Ohio."

5. Plaintiff ambiguously refers to Defendants as if the named entities were one unified Defendant corporation, which is inaccurate. Further, two of the named Progressive entities do not exist, and although four Progressive entities were named in Plaintiff's Complaint, upon information and belief, and pursuant to the Cleveland County Superior Court file, Summonses were only issued to three of the four Defendants.

6. Progressive Premier Insurance Company of Illinois ("Progressive Premier") is an Ohio corporation with its principal place of business located in Mayfield Village, Cuyahoga County, Ohio.

7. There is no known entity named "Progressive Direct Auto."

8. There is no known entity named "Progressive Insurance Company."

9. Progressive Casualty Insurance Company ("Progressive Casualty") an Ohio corporation with its principal place of business located in Mayfield Village, Cuyahoga County, Ohio.

10. Plaintiff Carlos Ochoa is a citizen and resident of Cleveland County, North Carolina.

11. The claim for damages in the Complaint seeks underinsured motorist coverage in the amount $250,000.00, plus interest, which Plaintiff contends is to be paid in connection with a motor vehicle accident which occurred on April 16, 2023, that resulted in the death of Plaintiff's Decedent, Uriel Ochoa. Plaintiff also seeks punitive damages in the amount of $25,000.00, and alleges unfair and deceptive trade practices, which Plaintiff contends trebles his damages. The amount in controversy therefore exceeds $75,000.00.

12. Based on the complete diversity of citizenship and the amount in controversy, Defendants are entitled to remove the State Court Action to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

## STATE COURT PLEADINGS

13. Pursuant to the provisions of 28 U.S.C. §1446, a copy of the pleadings in the State Court Action are attached hereto as Exhibit "A," and incorporated herein by reference.

## VENUE

14. The United States District Court for the Western District of North Carolina encompasses the district and county in which the aforementioned State Court action is now pending.

## NOTICE

15. A true and accurate copy of this Notice of Removal will be filed with the Superior Court of Cleveland County, North Carolina, promptly after filing it with this Court.

Written Notice of the filing of this Notice will be given to adverse parties as required by law and is attached hereto as Exhibit B.

WHEREFORE, Defendants pray that this action be removed from the Superior Court of Cleveland County, North Carolina, to the United States District Court for the Western District of North Carolina, and for such other and further relief as the Court deems just and proper.

This the 23rd day of May, 2025.

BOVIS KYLE BURCH & MEDLIN, LLC

/s/Camilla F. DeBoard
Camilla F. DeBoard
806 Green Valley Road, Suite 203
Greensboro, NC 27408
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
Email: cdeboard@boviskyle.com
NC State Bar No. 41265
*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Petition for Removal to Federal Court** was served upon the parties to this action filing the foregoing document with the Clerk of Court using the CM/ECF system, and by electronic mail and U.S. Mail, postage prepaid and addressed as follows:

>James E. Hickmon, Bar No. 33076
>Laura H. Budd, Bar No. 28823
>James E. Hickmon, PLLC
>5605 Carnegie Boulevard, Suite 420
>Charlotte, NC 28209
>jim@charlottestatelawyer.com
>laura@charlottestatelawyer.com
>*Attorneys for Plaintiff*

This the 23rd day of May, 2025.

>BOVIS KYLE BURCH & MEDLIN, LLC
>
>/s/Camilla F. DeBoard
>Camilla F. DeBoard
>806 Green Valley Road, Suite 203
>Greensboro, NC 27408
>Telephone: (336) 907-3265
>Facsimile: (336) 907-4178
>Email: cdeboard@boviskyle.com
>NC State Bar No. 41265
>*Attorney for Defendants*